**3**
TRUDI G. MANFREDO, Bar No. 166474
Chapter 7 Trustee
575 East Alluvial, Suite 103A
Fresno, California 93720
Telephone:  (559) 242-5577
Facsimile:  (559) 513-8148

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| In the Matter of | Case No. 13-17594-A-7 |
| | Chapter 7 |
| JOSE HERNANDEZ, | TMT-1 |
| | |
| Debtor(s). | Date: April 16, 2014<br>Time: 9:00 a.m.<br>Dept: A, Courtroom 11, Fresno<br>Honorable Fredrick E. Clement |

## MOTION TO SELL PERSONAL PROPERTY

Trudi G. Manfredo, Chapter 7 Trustee of the above-referenced bankruptcy estate ("Trustee") of JOSE HERNANDEZ ("Debtor"), brings this Motion to Sell Personal Property and respectfully represents as follows:

1.    Trustee is the duly appointed, qualified and acting Trustee of the above-referenced bankruptcy estate.

2.    Debtor filed under Chapter 7 of the Bankruptcy Code on November 27, 2013, and an order for relief was entered.

3.    This Court has jurisdiction over this proceeding under 28 U.S.C. §1334(a).   This is a core proceeding under 28 U.S.C. §157(b)(2)(A).  This motion is brought pursuant to 11 U.S.C. §363.

Venue is proper in this Court pursuant to 28 U.S.C. § 1409(a) by virtue of the pendency of this case before the Court.

4.    Among the assets of this bankruptcy estate are a 2003 Chevrolet Tahoe, VIN 1GNEK13T23J143159, License Number 5BAM983, valued at $8,374.00 and a 1991 Buick Century, VIN 3G4AL54N4MS624764, License 2WZW652, valued at $469.00 ("Personal Property"). These items are free and clear of any liens and encumbrances. Debtor has claimed an exemption in the 2003 Chevrolet Tahoe in the amount of $2,900.00.

5.    Trustee has received and accepted an offer, subject to higher and better bid at the hearing, from the Debtor to purchase the bankruptcy estate's interest in the Personal Property for a net to the bankruptcy estate of $5,050.00.

6.    Trustee believes that this is a fair and equitable price for the Personal Property. Trustee believes the combined value of all of the personal property is $8,843.00. If the Trustee were able to auction the Personal Property at that value, after paying 15% commission of $1,326.45, and approximately $200.00 for costs to haul, repair and store the personal property and pay the debtors' exemption of $2,900.00, approximately $4,416.55 would be generated to the bankruptcy estate.

7.    The price to be received at auction is never certain and the delay involved in auctioning these assets is not warranted.

8.    Based on her business judgment, Trustee believes that an immediate sale of the Personal Property to the debtor is in the best interest of the creditors of this estate and all parties in interest.

9.    There will be no adverse tax consequences to the estate as a result of the sale.

10.  This sale is subject to higher and better bid at the hearing noted above.

11.  Any prospective bidder must bring certified funds to the hearing in the amount of the sale price listed above for the particular item they want to bid on.  The certified check must be made out to Trudi G. Manfredo, Chapter 7 Trustee, and is non-refundable if that bidder is the successful bidder and fails to perform.  Bids will be in $50.00 increments.  Prospective bidders must also bring documentary evidence of the ability to pay the amount of their bid.

12.  Trustee requests that the provisions of Bankruptcy Rule 6004(h) be waived.

WHEREFORE, Trustee prays

1.  That the Motion be granted;

2.  That the Court issue an order authorizing the sale of the Bankruptcy Estate's interest in the following personal property back to the Debtor: the 2003 Chevrolet Tahoe for $7,552.00 (less the exemption of $2,900.00, for a net to the estate of $4,652.00), the 1991 Buick Century for a net to the estate of $469.00;

3.  That the provisions of Bankruptcy Rule 6004(h) be waived; and

4.  For such other and further relief as the Court deems just and proper.

DATED: 3-6-14

By /s/ Trudi G. Manfredo
TRUDI G. MANFREDO,
Chapter 7 Trustee

3